■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARMANDO SCHETTINI, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Leahy, J.), rendered March 15, 1988, convicting him of manslaughter in the second degree (two counts), upon a jury verdict, and sentencing him to two consecutive indeterminate terms of 5 to 15 years imprisonment.

Ordered that the judgment is modified, on the law, by deleting the provision that the terms of imprisonment are to run consecutively, and substituting therefor a provision that the terms of imprisonment shall run concurrently to each other; as so modified, the judgment is affirmed.

Viewing the evidence, in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt *(see,* Penal Law § 15.05 [3]; *People v Green,* 56 NY2d 427; *People v Licitra,* 47 NY2d 554). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

Since the two victims died as a result of the same series of events caused by the defendant, we agree that the sentences imposed should run concurrently to each other and the defendant's sentence is modified accordingly *(see,* Penal Law § 70.25 [2]; *see also, People v Kirkwood,* 165 AD2d 881; *People v Coleman,* 153 AD2d 756, 757). We do not find, however, that the sentence was otherwise excessive *(see, People v Suitte,* 90 AD2d 80).

We have reviewed the defendant's remaining contentions, including those raised in his supplemental *pro se* brief, and find them to be either unpreserved for appellate review or without merit. Lawrence, J. P., Harwood, Balletta and Rosenblatt, JJ., concur.